NOVEMBER 18, 1996

No. 95–1948. UNITED STATES v. PEREZ. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Ursery*, 518 U. S. 267 (1996).

No. 96–5337. MEZA v. UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Koon* v. *United States*, 518 U. S. 81 (1996).

No. 96–5586. MILLS v. UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ornelas* v. *United States*, 517 U. S. 690 (1996).

No. D–1700. IN RE DISBARMENT OF HENRY. Disbarment entered. [For earlier order herein, see 518 U. S. 1037.]

No. D–1712. IN RE DISBARMENT OF HATCHER. Disbarment entered. [For earlier order herein, see 518 U. S. 1044.]

No. D–1724. IN RE DISBARMENT OF PARKS. Disbarment entered. [For earlier order herein, see 518 U. S. 1052.]

No. D–1746. IN RE DISBARMENT OF BRADY. Michael J. Brady, of Tucson, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1747. IN RE DISBARMENT OF POLISCHUK. Gregory J. Polischuk, of Springfield, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.